## LOTT v. STATE.
### No. 23528.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment assessed being two years in the penitentiary.

The indictment charges the offense and the proceedings appear regular.

The record is without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

## McMILLIAN v. STATE.
### No. 23538.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a term of 12 years.

The indictment, as well as all other matters of procedure, appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.